| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | HOUSTON | Case Number | |
|---|---|---|---|
| | LENAISE MEYEIL WILLIAMS | | |
| | *versus* | | |
| | DERRIL PATRICK VALLERY SR. | | |

*FILED — United States District Court, Southern District of Texas — JUL 9 2014 — David J. Bradley, Clerk of Court*

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Rashan Rommel Clark<br>The Clark Firm<br>P.O. Box 53663<br>Houston, TX 77052<br>(713) 366-9814<br>TX 24055314 |
|---|---|
| Seeks to appear for this party: | LENAISE MEYEIL WILLIAMS |
| Dated:   7/9/2014 | Signed: *[signature]* |

| The state bar reports that the applicant's status is: **Active** | |
|---|---|
| Dated: **7/9/14** | Clerk's signature: *[signature]* |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Dated: _____

_____
United States District Judge