AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:14cv1909

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Derril Patrick Vallery Sr.
was received by me on *(date)* July 15, 2014 .

☑ I personally served the summons on the individual at *(place)* 11540 Chimney Rock Rd Apt. 234 Houston, TX 77035 on *(date)* 7/15/2014 ;-or @ 8:20pm

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: July 22, 2014

Server's signature

Danielle R. Sowell  Process Server
Printed name and title   SCH 7789  Exp 11-30-206

3131 Barkers Crossing Houston, TX 77084
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas  ▼

| | |
|---|---|
| LENAISE MEYEIL WILLIAMS )<br>)<br>)<br>)<br>*Plaintiff(s)* )<br>v. )<br>DERRIL PATRICK VALLERY SR. )<br>)<br>)<br>)<br>)<br>*Defendant(s)* ) | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DERRIL PATRICK VALLERY SR.
11540 Chimney Rock Rd. Apt. 234
Houston, TX 77035

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Rashan R. Clark
The Clark Firm
P.O. Box 53663
Houston, TX 77052

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DAVID J. BRADLEY

*CLERK OF COURT*

Date: _____07/09/2014_____    _____
*Signature of Clerk or Deputy Clerk*