UNITED STATES DISTRICT COURT
SOUTHERN DISCTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LENAISE MEYEIL WILLIAMS, § | |
| Plaintiff, § | Civil Action No. 4:14-cv-1909 |
| v. § | |
| DERRIL PATRICK VALLERY SR. § | |
| Defendant. § | |
| § | |

**DEFENDANT'S ORIGNIAL ANSWER AND AFFIRMATIVE DEFENSES**

Derril Patrick Vallery Sr. (hereinafter referred to as "Vallery"), by way of answer to Plaintiff Lenaise Meyeil Williams' (Williams) Original Complaint (the "Complaint") says:

**Parties**

1. Defendant Vallery lacks knowledge or information sufficient to form a belief about the truth of the allegations in the first sentence in § 1 of the Complaint.

2. Defendant Vallery admits allegations of § 2 of the complaint.

**Jurisdiction and Venue**

3. The allegations of § 3 of the Complaint set forth a legal conclusion for which no response is required. If a response is required, upon information and belief, Defendant Vallery admits the allegations of § 3 of the Complaint

4. The allegations of § 4 of the Complaint set forth a legal conclusion for which no response is required. If a response is required, upon information and belief, Defendant Vallery admits the allegations of § 4 of the Complaint

5. The allegations of § 5 of the Complaint set forth a legal conclusion for which no response is required. If a response is required, upon information and belief, Defendant Vallery admits the allegations of § 5 of the Complaint

## STATEMENT OF FACTS

6. Defendant generally denies §6-§70

## AFFIRMATIVE DEFENSES

7. Plaintiff's claims are barred by the affirmative defense of release under Rule 8(c)1 of the Federal Rules of Civil Procedure

-3-

## **ATTORNEYS FEES AND COSTS**

8. It has become necessary for Defendant to retain the services of Christopher Augustine Gabel, Attorney at Law, to represent him in defense against Plaintiff's claims. Defendant is entitled to payment of his reasonable attorney's fees from Plaintiff.

9. Date: August 5, 2014                    /s/ Christopher Augustine Gabel___

                                                    Christopher Augustine Gabel
                                                  Attorney at Law
                                                  5410 Braeburn Dr.
                                                  Bellaire, Texas 77401
                                                  Tel: (512) 919-9962
                                                  GabelLawyer@gmail.com
                                                  Texas Bar No.: 24089408

                                                  Filed By:

                                                  Matthew Gallagher
                                                  Gallagher Law, PLLC
                                                  917 Franklin St., Fourth Floor
                                                  Houston, TX 77002
                                                  Tel.: (713) 807-8000
                                                  Fax.: (713) 807-8008
                                                  matthew@mgg-law.com
                                                  Bar No.: 1198231